# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER FOUNDATION

        Plaintiff         Civil No.     14-0760 (RMC)

vs.

                              Category    I

DEPARTMENT OF JUSTICE

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jun 4, 2014 from Judge Amy Berman Jackson to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Case Not Related to 12-1441)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Amy Berman Jackson & Courtroom Deputy
Judge Rosemary M. Collyer & Courtroom Deputy
Liaison, Calendar and Case Management Committee