IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:14-cv-00760 (RMC) ) |
| DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiff Electronic Frontier Foundation ("EFF") respectfully moves for entry of a preliminary injunction to enjoin Defendant Department of Justice's ongoing and unlawful delay in reaching a determination and producing records in response to EFF's FOIA request. EFF seeks an order requiring Defendant to expedite the processing of four Freedom of Information Act requests to the Department of Justice-National Security Division and to complete the processing and release of all records within 10 days.

The grounds for this motion are set forth in the accompanying memorandum of points and authorities. Plaintiff asks that the Court, pursuant to Local Rule 65.1(d), schedule a hearing on this application for a preliminary injunction as soon as practicable.

Respectfully submitted,

*/s/ David L. Sobel*
DAVID L. SOBEL
D.C. Bar No. 360418

ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W.

1

Suite 410
Washington, DC 20036
(202) 246-6180

Counsel for Plaintiff