IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:14-cv-00760 (RMC) |
| **DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF DAVID L. SOBEL IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, David L. Sobel, do hereby state and declare as follows:

1.  I am an attorney of record for Plaintiff Electronic Frontier Foundation ("EFF") in this matter. I am a member in good standing of the District of Columbia Bar and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a Freedom of Information Act request, submitted on behalf of EFF on August 23, 2013 to the Department of Justice, National Security Division.[1]

3.  Attached hereto as Exhibit 2 is a true and correct copy of a Freedom of Information Act request, submitted on behalf of EFF on October 31, 2013 to the Department of Justice, National Security Division.

4.  Attached hereto as Exhibit 3 is a true and correct copy of a Freedom of Information Act request, submitted on behalf of EFF on February 24, 2014 to the

---

[1] This request was inadvertently dated August 23, 2012. It was, in fact, submitted August 23, 2013.

1

Department of Justice, National Security Division.

5. Attached hereto as Exhibit 4 is a true and correct copy of a Freedom of Information Act request, submitted on behalf of EFF on March 14, 2014 to the Department of Justice, National Security Division.

6. Attached hereto as Exhibit 5 is a true and correct copy of email correspondence, dated September 23, 2013, that I sent to counsel for Defendant, Jacqueline Coleman Snead, concerning the processing of two FOIA requests submitted to the Department of Justice, National Security Division.

7. Attached hereto as Exhibit 6 is a true and correct copy of email correspondence, dated July 30 and July 31, 2013, sent by an attorney for Plaintiff, Mark Rumold, and counsel for Defendant, Jacqueline Snead, concerning the processing and production of records responsive to this lawsuit.

8. Attached hereto as Exhibit 7 is a true and correct copy of a Freedom of Information Act request, submitted on behalf of EFF on August 23, 2013 to the Department of Justice, National Security Division. This request is not the subject of this lawsuit.

I certify, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 1st day of August, 2014.

                                        ___*/s/ David L. Sobel*_____   _____
                                        DAVID L. SOBEL