**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,**          Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF JUSTICE,**          Defendant. | Civil Action No. 1:14-cv-00760 (RMC) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Plaintiff Electronic Frontier Foundation's Motion for Preliminary Injunction. Upon due consideration of the pleadings, and good cause appearing, it is hereby **ORDERED** that the Motion for Preliminary Injunction is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall complete the processing of all Plaintiff's FOIA requests, and produce or identify all responsive records within 10 days of this order.

**IT IS SO ORDERED.**

DATED:

_____
Hon. Rosemary M. Collyer
United States District Judge

1