# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 14-760-RMC |
| DEPARTMENT OF JUSTICE, ) ) ) | |
| Defendant. ) ) ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant, Department of Justice, by and through undersigned counsel, hereby requests a one-week extension of time from December 8, 2014 until December 15, 2014 to provide the next interim response and production of documents in this Freedom of Information Act ("FOIA") action involving a FOIA request for various opinions of the Foreign Intelligence Surveillance Court and documents related thereto. As the Court is aware, the processing of Plaintiff's FOIA requests entails a highly-coordinated and time-intensive effort among the various components of the Intelligence Community ("IC") to ensure that any properly classified information remains so. The IC has been diligently working to meet this Court's December 8, 2014 deadline but requires additional time to complete that coordination in order to finalize the interim, partial response to Plaintiff's FOIA requests dated October 31, 2013 and March 14, 2014.

Undersigned counsel has contacted Plaintiff's counsel, David Sobel, and he consents to the extension requested herein.

Dated:  December 5, 2014		Respectfully submitted,

		JOYCE R. BRANDA
		Acting Assistant Attorney General

		ELIZABETH J. SHAPIRO
		Deputy Branch Director
		Civil Division

		/s/ Jacqueline Coleman Snead
		JACQUELINE COLEMAN SNEAD (D.C. Bar 459548)
		Senior Counsel
		United States Department of Justice
		Civil Division, Federal Programs Branch
		20 Massachusetts Ave, NW
		Washington, D.C.  20530
		Telephone:  (202) 514-3418
		Fax:  (202) 616-8470
		E-mail: Jacqueline.Snead@usdoj.gov

		**Counsel for the Department of Justice**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 14-760-RMC |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) ) | |

## PROPOSED ORDER

Upon consideration of the government's Consent Motion for Enlargement of Time, the complete record in this case, and for good cause shown, it is hereby

ORDERED that the government's motion is GRANTED.

SO ORDERED.

Date: _____                              _____
                                              United States District Court Judge