**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
**ELECTRONIC FRONTIER FOUNDATION**,          )
                                                                    )
           Plaintiff,                                    )
                                                                    )
v.                                                                 )          C.A. No. 14-760-RMC
                                                                    )
**DEPARTMENT OF JUSTICE**,                          )
                                                                    )
           Defendant.                                  )
_____)

### PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE AND RESPONSE TO DEFENDANT'S STATEMENT OF FACTS NOT IN DISPUTE

Pursuant to Local Civil Rule 7(h) of the Rules of this Court, plaintiff Electronic Frontier Foundation ("EFF") hereby submits its statement of material facts as to which EFF contends there is no genuine issue in connection with its cross-motion for summary judgment.  This statement also constitutes EFF's response to defendant's statement of material facts filed in conjunction with defendant's motion for summary judgment.

1.  EFF adopts the facts set forth in the following paragraphs of defendant's statement and does not dispute any of the matters set forth therein: 1, 2, 3, 4, 6, 7, 8, 9, and 10.

2.  EFF adopts the facts set forth in paragraph 5 of defendant's statement, except the suggestion that "Judge Berman Jackson upheld" the withholding of the "FISC record whose citation was redacted from footnote 15 of the October 3, 2011 FISC opinion" in *EFF v. Dep't of Justice*, 12-1441 (ABJ), 2014 WL 3542124, at *6 (D.D.C. July 18, 2014). EFF submits Judge Jackson only determined the withholding of the "docket

1

information" describing the opinion, not the opinion itself, was properly withheld under exemption (b)(1), a determination that EFF does not challenge here.

3.  EFF adopts the facts set forth in paragraph 11 of defendant's statement, except for defendant's contention that "Plaintiff unsuccessfully sought under FOIA information that it seeks in this action." EFF submits that no information withheld in the prior cases remains at issue in this case.

4.  EFF submits that the material set forth in paragraphs 12, 13, 14, 15, and 16 in defendant's statement constitutes legal conclusions that are in dispute.

5.  In *EFF v. Dep't of Justice*, 12-1441 (ABJ) (D.D.C.) and *EFF v. Dep't of Justice*, 11-5221 (YGR) (N.D. Cal.), the government asserted Exemption 1 and 3 to withhold FISC opinions, similar to the broad claims made here. The government also asserted that no information could be segregated and released from the opinions. The withheld FISC opinions contained information like the text of the Fourth Amendment and information describing the government's non-compliance with the FISC's orders.

6.  In at least three recent cases involving FISC opinions, *EFF v. Dep't of Justice*, 12-1441 (ABJ) (D.D.C.), *EFF v. Dep't of Justice*, 11-5221 (YGR) (N.D. Cal.), and *ACLU v. Dep't of Justice*, 59 F. Supp. 3d 584 (S.D.N.Y. 2014), the withheld FISC opinions were ordered produced for the court's *in camera* inspection.

Dated: June 1, 2015                                  Respectfully submitted,


　　_/s/ David L. Sobel_____
DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Ave. N.W., Suite
640
Washington, DC 20015

(202) 246-6180

MARK RUMOLD
(Admitted in California)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

Counsel for Plaintiff