UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ELECTRONIC FRONTIER                 )
FOUNDATION,                         )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )    Civil Action No. 14-760-RMC
                                    )
                                    )
DEPARTMENT OF JUSTICE,              )
                                    )
    Defendant.                      )
                                    )
_____)

**DEPARTMENT OF JUSTICE'S COUNTERSTATEMENT IN RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Rule 7(h)(1), the Department of Justice ("Department") submits this counterstatement in response to Plaintiff's Statement of Material Facts not in Dispute and Response to Defendant's Statement of Facts not in Dispute.

1. No response required.

2. The Department does not dispute that the withholding of the record itself whose citation was redacted from footnote 15 of the October 3, 2011 opinion of the Foreign Intelligence Surveillance Court was not before the district court in *EFF v. DOJ*, Case No. 12-1441. The district court held that the record's citation, information "identifying prior applications and opinions," was exempt under (b)(1). *EFF v. DOJ*, 57 F. Supp. 3d 54, 61 (D.D.C. 2014).

3. Denied. *See EFF v. DOJ*, 57 F. Supp. 3d at 61.

4. Denied. *See generally* Declaration of David J. Sherman, May 1, 2015, ECF No. 15-4; Declaration of David M. Hardy, May 1, 2015, ECF No. 15-5; Classified

Declaration of David M. Hardy filed *ex parte* and *in camera* May 1, 2015; Classified Supplemental Declaration of David J. Sherman, filed herewith *ex parte* and *in camera*.

     5.     Denied.  *See, e.g., EFF v. DOJ*, 57 F. Supp. 3d at 61 (concluding that "[n]one of these redactions, nor any of the other redactions, operate to withhold material that would show any violation of law, inefficiency, or administrative error" and denying Plaintiff's motion for summary judgment making that claim); *see also id.* at 57-59.

     6.     The Department does not dispute the statement in Paragraph 6 but it is immaterial.

Dated:  July 1, 2015                      Respectfully submitted,

                                                  BENJAMIN C. MIZER
                                                  Principal Deputy Assistant Attorney General

                                                  ELIZABETH J. SHAPIRO
                                                  Deputy Branch Director
                                                  Civil Division

                                                  <u>/s/ Jacqueline Coleman Snead</u>
                                                  JACQUELINE COLEMAN SNEAD (D.C. Bar 459548)
                                                  Assistant Branch Director
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  20 Massachusetts Ave, NW
                                                  Washington, D.C.  20530
                                                  Telephone:  (202) 514-3418
                                                  Fax:  (202) 616-8470
                                                  E-mail: Jacqueline.Snead@usdoj.gov

                                                  **Counsel for the Department of Justice**