UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 14-760 (RMC) |
| **DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

For the reasons stated in the Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that the motion for summary judgment filed by the Department of Justice [Dkt. 15] is **GRANTED**; and it is

**FURTHER ORDERED** that the cross motion for partial summary judgment filed by the Electronic Frontier Foundation [Dkt. 17] is **DENIED**; and it is

**FURTHER ORDERED** that **JUDGMENT** is **ENTERED** in favor of the Department of Justice.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).  This case is closed.


Date: October 30, 2015                             /s/
                                         ROSEMARY M. COLLYER
                                         United States District Judge