IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE**, )<br>)<br>Defendant. )<br>) | C.A. No. 14-760-RMC |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR RECONSIDERATION

Having received the Government's view that Section 402 of the USA FREEDOM Act applies only prospectively to significant decisions of the FISC, EFF respectfully withdraws its Motion for Reconsideration. EFF intends to pursue the issue in separate litigation.

February 16, 2015

Respectfully submitted,

*/s/ David L. Sobel*
DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Ave. N.W., Suite 640
Washington, DC 20015
(202) 246-6180

MARK RUMOLD
(admitted in California)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94110
(415) 436-9333

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION